UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GEOFFREY NELSON FOWLER,<br><br>    Petitioner,<br><br>v.<br><br>GAIL LEWIS, Warden of the California State Prison at Pleasant Valley,<br><br>    Respondent. | Case No. C-02-03834-RMW<br><br>**ORDER TO SHOW CAUSE** |

On March 19, 2010, the court ordered the parties to agree upon a date for an evidentiary hearing on disputed factual issues relating to Fowler's claim that he was denied effective assistance of counsel based on the trial counsel's failure to advise him of a plea offer. Order, Dkt. No. 47. The parties have never contacted the court to schedule the evidentiary hearing. Therefore, by June 19, 2013, the parties must either contact the court to schedule the hearing or Fowler must show cause why the case should not be dismissed.

Dated: April 19, 2013

                *Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

ORDER TO SHOW CAUSE
Case No. C-02-03834-RMW
SW
- 1 -